**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00496-CV

## UNION PACIFIC RAILROAD COMPANY, Appellant

## V.

## LAWRENCE MARTIN JR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LAWRENCE MARTIN SR.(DECEASED), ET AL, Appellees

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2020-83855**

## MEMORANDUM OPINION

This is an appeal from an order signed August 18, 2021. On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.